DANIEL S. HAGE, Appellant, *v.* JOHN T. SPRAGUE, Respondent.

*Hage* v. *Sprague*, 141 App. Div, 931, affirmed.
(Argued May 23, 1912; decided June 4, 1912.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 20, 1910, affirming a judgment in favor of defendant entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the alleged malpractice of defendant, a physician.

*Howard R. Bayne* for appellant.

*George M. Pinney* and *Warren C. Van Slyke* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: CULLEN, Ch. J. Absent: VANN, J.